**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

━━━━━━━━━━

**No. 99-2689**

━━━━━━━━━━

SORAYA F. FARES; MARIE ASSA'AD-FALTAS,

Plaintiffs - Appellants,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
UNITED STATES DEPARTMENT OF STATE; BOARD OF
IMMIGRATION APPEALS,

Defendants - Appellees,

and

DONALD YOUNG; CHARLIE CROSS; ANGELA DINUENO;
KEITH HUNSACHER; DAN PELETIER; TERRY C. BIRD,

Defendants.

━━━━━━━━━━

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CA-96-540-3-P)

━━━━━━━━━━

Submitted: March 30, 2001          Decided: April 24, 2001

━━━━━━━━━━

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

━━━━━━━━━━

Affirmed by unpublished per curiam opinion.

━━━━━━━━━━

Soraya F. Fares, Marie Assa'ad Faltas, Appellants Pro Se.  John Stephen Hogan, Linda Susan Wendtland, David William Ogden, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Soraya F. Fares and Marie Assa'ad-Faltas appeal the district court's orders denying relief on their challenges to ongoing immigration proceedings and their claims under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and denying their motion for reconsideration.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Fares v. INS</u>, No. CA-96-540-3-P (W.D.N.C. filed Oct. 27, 1998, entered Oct. 28, 1998; filed Oct. 8, 1999, entered Oct. 12, 1999; filed Jan. 10, 2000, entered Jan. 12, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2